RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 17 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CURTIS SHANNON
REG. NO. 72463-019
FCI TALLADEGA
FEDERAL CORR. INSTITUTION
P.M.B 1000
TALLADEGA, AL 35160

May 11, 2021

Mr. James N. Hatten
Clerk of Court
U.S. District Court
Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

>   RE: *Shannon v. United States*
>   Civil No. 1:21-cv-_____
>   Crim No. 1:19-cr-00008-ELR-UNA-1

Dear Mr. Hatten:

Enclosed please find and accept for filing Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and a Memorandum of Law in Support thereof. Please submit these documents to the Court.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*
CURTIS SHANNON
Appearing *Pro Se*

*Encl. as noted*